In the Matter of FRANCES CALHOUN in Behalf of MARSHA CALHOUN, Respondent, against BERTHA CALHOUN, Appellant.

First Department, April 21, 1939.

*Milton S. Gould*, for the appellant.

*Charles E. Ramsgate* of counsel [*Paxton Blair* with him on the brief; *William C. Chanler, Corporation Counsel*], for the respondent.

PER CURIAM. Where the parents of a child are unable to adequately provide for it, a grandparent of sufficient means may be held liable for the support of the grandchild. (Domestic Relations Court Act of City of New York, § 101, subd. 3; § 92, subd. 3. See, also, Public Welfare Law, § 125; Code Crim. Proc. § 914; *Rowley* v. *Fuller*, 251 App. Div. 793; affd., 276 N. Y. 519.) However, the evidence here failed to show that appellant, the grandmother of the infant, was of sufficient means to support it and that the parents, who are primarily liable, were unable to provide the necessary support.

For the foregoing reasons the order should be reversed and the proceeding dismissed.

Present — MARTIN, P. J., UNTERMYER, DORE, COHN and CALLAHAN, JJ.

Order unanimously reversed and the proceeding dismissed.